IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CR. No. CR 04-85 T |
| | : | |
| v. | : | In Violation of |
| | : | 18 U.S.C. § 922(a)(6) and |
| | : | 18 U.S.C. § 924(a)(1)(A) |
| BRIAN WILLIAMS | : | |

## INDICTMENT

The Grand Jury charges that:

### COUNT 1

On or about September 28, 1999, in the District of Rhode Island, the defendant, BRIAN WILLIAMS, in connection with his acquisition of a firearm, to wit: a KEL-TEC P40, .40 caliber semi-automatic pistol, serial number 76153; from D & B Guns, a licensed dealer, FFL # 605004012B00689, knowingly made a false and fictitious written statement to D & B Guns, which statement was likely to deceive D & B Guns as to a fact material to the lawfulness of such acquisition of a firearm, in that the defendant represented that he was the actual buyer of the firearm when in fact the defendant was buying the firearm for another person, in violation of 18 U.S.C. § 922(a)(6).

### COUNT 2

On or about November 3, 1999, in the District of Rhode Island, the defendant, BRIAN WILLIAMS, in connection with his acquisition of four firearms, to wit: a Ruger P-97, .45 caliber semi-automatic pistol, serial number 66312604; a Bryco model 9, 9 mm semi-automatic pistol,

serial number 1334550; a Smith & Wesson model Sigma, .380 caliber semi-automatic pistol, serial number RAJ2689; and a Taurus model 111, 9mm semi-automatic pistol, serial number TSE56921; from D & B Guns, a licensed dealer, FFL # 605004012B00689, knowingly made a false and fictitious written statement to D & B Guns, which statement was likely to deceive D & B Guns as to a fact material to the lawfulness of such acquisition of a firearm, in that the defendant represented that he was the actual buyer of the firearms when in fact the defendant was buying the firearms for another person, in violation of 18 U.S.C. § 922(a)(6).

**COUNT 3**

On or about December 7, 1999, in the District of Rhode Island, the defendant, BRIAN WILLIAMS, in connection with his acquisition of a firearm, to wit: a Llama Mini-Max II, .45 caliber semi-automatic pistol, serial number 07-04-23875-98; P40, .40 caliber semi-automatic pistol, serial number 76153, from D & B Guns, a licensed dealer, FFL # 605004012B00689, knowingly made a false and fictitious written statement to D & B Guns, which statement was likely to deceive D & B Guns as to a fact material to the lawfulness of such acquisition of a firearm, in that the defendant represented that he was the actual buyer of the firearm when in fact the defendant was buying the firearm for another person, in violation of 18 U.S.C. § 922(a)(6).

**COUNT 4**

On or about December 22, 1999, in the District of Rhode Island, the defendant, BRIAN WILLIAMS, in connection with his acquisition of four firearms, to wit: a Ruger P-97, .45 caliber semi-automatic pistol, serial number 66317420; a Ruger P-95, 9mm semi-automatic pistol, serial number 31357175; a Taurus model 111, 9mm semi-automatic pistol, serial number TSH03993; and a Taurus model 111, 9mm semi-automatic pistol, serial number TSH06150; from D & B Guns, a licensed dealer, FFL # 605004012B00689, knowingly made a false and fictitious written

statement to D & B Guns, which statement was likely to deceive D & B Guns as to a fact material to the lawfulness of such acquisition of a firearm, in that the defendant represented that he was the actual buyer of the firearms when in fact the defendant was buying the firearms for another person, in violation of 18 U.S.C. § 922(a)(6).

**COUNT 5**

On or about September 28, 1999, in the District of Rhode Island, the defendant, BRIAN WILLIAMS, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of D & B Guns, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, in acquiring a firearm, to wit: a KEL-TEC P40, .40 caliber semi-automatic pistol, serial number 76153; did execute a Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearm when in fact he was buying the firearm for another person, in violation of 18 U.S.C. § 924(a)(1)(A).

**COUNT 6**

On or about November 3, 1999, in the District of Rhode Island, the defendant, BRIAN WILLIAMS, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of D & B Guns, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, in acquiring four firearms, to wit: a Ruger P-97, .45 caliber semi-automatic pistol, serial number 66312604; a Bryco model 9, 9 mm semi-automatic pistol, serial number 1334550; a Smith & Wesson model Sigma, .380 caliber semi-automatic pistol, serial number RAJ2689; and a Taurus model 111, 9mm semi-automatic pistol, serial number

TSE56921; did execute a Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearms when in fact he was buying the firearms for another person, in violation of 18 U.S.C. § 924(a)(1)(A).

**COUNT 7**

On or about December 7, 1999, in the District of Rhode Island, the defendant, BRIAN WILLIAMS, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of D & B Guns, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, in acquiring a firearm, to wit: a Llama Mini-Max II .45 caliber semi-automatic pistol, serial number 07-04-23875-98; P40, .40 caliber semi-automatic pistol, serial number 76153; did execute a Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearm when in fact he was buying the firearm for another person, in violation of 18 U.S.C. § 924(a)(1)(A).

**COUNT 8**

On or about December 22, 1999, in the District of Rhode Island, the defendant, BRIAN WILLIAMS, knowingly made a false statement and representation with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of D & B Guns, a person licensed under the provisions of Chapter 44 of Title 18, United States Code, in that the defendant, in acquiring four firearms, to wit: a Ruger P-97, .45 caliber semi-automatic pistol, serial number 66317420; a Ruger P-95, 9mm semi-automatic pistol, serial number 31357175; a Taurus model 111, 9mm semi-automatic pistol, serial number TSH03993;

and a Taurus model 111, 9mm semi-automatic pistol, serial number TSH06150; did execute a Department of the Treasury, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, to the effect that he was the actual buyer of the firearms when in fact he was buying the firearms for another person, in violation of 18 U.S.C. § 924(a)(1)(A).

A TRUE BILL:

REDACTED

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant United States Attorney

GERARD B. SULLIVAN
Assistant United States Attorney
Chief, Criminal Division

Dated: 09/22/04

# DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT

**Name of District Court, and/or Judge/Magistrate Location (City)**

UNITED STATES DISTRICT COURT

PROVIDENCE, RHODE ISLAND

Name and Office of Person Furnishing Information on THIS FORM: ROBERT CLARK CORRENTE

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned): STEPHEN G. DAMBRUCH

**DEFENDANT – U.S. vs.**

BRIAN WILLIAMS

Ad

Bi
Da

☐ Alien
applicable)

Socia

REDACTED

IS

1)

2)

3)

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)

ALCOHOL, TOBACCO, AND FIREARMS

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

SHOW DOCKET NO.

☐ this is prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate judge regarding this defendant were recorded under ▶

MAG. JUDGE CASE NO.

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☐ No } If "Yes" give date filed

**DATE OF ARREST** ▶

Or... if Arresting Agency & Warrant were not Federal

**DATE TRANSFERRED TO U.S. CUSTODY** ▷

Place of offense: District of Rhode Island

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

☐ This report amends AO 257 previously submitted

**OFFENSE CHARGED – U.S.C. CITATION – STATUTORY MAXIMUM PENALTIES – ADDITIONAL INFORMATION OR COMMENTS**

COUNTS 1-4 - 18 U.S.C. Sec. 922(a)(6) - False/Fictitious Statements In Order To Acquire A Firearm/Ammunition

PENALTIES: 10 years imprisonment; $250,000 fine; 3 Years supervised release; $100 special assessment.

COUNTS 5-8 - 18 U.S.C. Sec. 924(a)(1)(A) - False Firearms Record

PENALTIES; 5 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment

ESTIMATED TRIAL TIME: 3 DAYS

This form was electronically produced by Elite Federal Forms, Inc. - mod HI (11/00)