AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

VSA

v.

Brian Williams

APPEARANCE

CASE NUMBER: CR04-85T

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Brian Williams

I certify that I am admitted to practice in this court.

15 November 2006

*Date*

[signature]

*Signature*

MARY JUNE CIRESI 3737

*Print Name* *Bar Number*

91 Friendship St 4th

*Address*

Providence RI 02903

*City* *State* *Zip Code*

401-455-9600 401 453-5903

*Phone Number* *Fax Number*

was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.