901792

AO 442 (Rev. 5/93) Warrant for Arrest

RECEIVED
SEP 2 2 2004
U.S. MARSHALS SERVICE
DISTRICT OF R.I.

# United States District Court
## *District of Rhode Island*

UNITED STATES OF AMERICA

v.

BRIAN WILLIAMS
ADDRESS UNKNOWN
D.O.B. [redacted]

**WARRANT FOR ARREST**

CASE NUMBER: CR04-85T

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest BRIAN WILLIAMS
Name

and bring him or her forthwith to the nearest Magistrate Judge to answer a(n)

☒ Indictment ☐ Information ☐ Complaint ☐ Order of Court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with (brief description of offense)

FALSE/FICTITIOUS STATEMENTS IN ORDER TO ACQUIRE A FIREARM/AMMUNITION & FALSE FIREARMS RECORD

in violation of Title 18 United States Code, Section(s) 922(a)(6) and 924(a)(1)(A)

JEANNINE THEALL
Name of Issuing Officer

DEPUTY CLERK
Title of Issuing Officer

J. Theall
Signature of Issuing Officer

September 22, 2004; PROVIDENCE, RI
Date and Location

Bail fixed at $ ______ by ______
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER<br>ERIC YANKEE<br>SPECIAL AGENT ATF | SIGNATURE OF ARRESTING OFFICER<br>E. My |
| DATE OF ARREST<br>11/15/06 | | |

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.