**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.** **Cr. No. 04-85T**

**BRIAN WILLIAMS**

## MOTION TO CONTINUE TRIAL CALENDAR CALL AND JURY SELECTION

Now comes the Defendant, through counsel, in the above captioned matter and moves the Honorable Court to continue the trial calendar call and jury selection. In support thereof, Defendant states:

1. The Defendant has filed a Motion for a Competency Evaluation.
2. The case should not progress further without the benefit of such evaluation.
3. Any enlargement of time granted by the court will be deemed excludable pursuant to 18 USC § 3161(h)(8).

Wherefore Defendant prays that the Honorable Court grant this request for a continuance.

BRIAN WILLIAMS,
By his attorney,

Mary June Ciresi
91 Friendship Street 4th Floor
Providence, RI 02903
401.455.9600
401.453.5903 (fax)
RI Bar No. 3739

CERTIFICATION

I hereby certify that the within Motion to Determine Competency was mailed, regular mail, postage prepaid to Attorney Stephen G. Dambruch, AUSA, Fleet Center, 8th Floor, Providence, RI 02903 on this 19th day of December 2006.

Mary June Ciresi