**IN THE UNITED STATES DISTRICT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.** **Cr. No. 04-85T**

**BRIAN WILLIAMS**

**MOTION TO ENLARGE TIME FOR FILING PRETRIAL MOTIONS**

Now comes the Defendant and moves the Honorable Court to enlarge the time for filing pretrial motions by thirty days and in support thereof states:

1. Defendant is filing a Motion for a Competency Evaluation along with this Motion to Enlarge.

2. Additional time is needed to determine the competency of the Defendant and his level of cognitive functioning in order to review the automatic discovery, prepare a defense or determine whether a change of plea is in the Defendant's best interest.

3. A short enlargement of time would serve the interests of justice and is necessary to preserve the defendant's rights;

4. Any additional time shall be deemed excludable pursuant to 18 USC § 3161(h) (8).

BRIAN WILLIAMS,
By his attorney,

Mary June Ciresi
91 Friendship Street 4th Floor
Providence, RI 02903
401.455.9600
401.453.5903 (fax)
RI Bar No. 3739

CERTIFICATION

I hereby certify that the within Motion to Determine Competency was hand delivered to Attorney Stephen G. Dambruch, AUSA, Fleet Center, 8th Floor, Providence, RI 02903 on this 18th day of December 2006.

Mary June Ciresi