UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

v.                                                          C.R. No. 04-85T

BRIAN WILLIAMS

### ORDER OF COMPETENCY EXAMINATION

After a hearing before Senior Judge Ernest C. Torres on March 20, 2007, it is hereby
ORDERED

1. Defendant Brian Williams is committed to the custody of the Attorney General for placement in a suitable facility closest to the Court where a psychiatric and/or psychological examination shall be performed upon the defendant. **During this period of time, the defendant's bond and conditions of release shall be revoked. Upon completion of the exam, the bond and conditions of release shall be reinstated only upon further Order of this Court.** The defendant shall surrender to the United States Marshal's Office for the District of Rhode Island for this psychiatric and/or psychological examination by **12:00 p.m.** on **March 30, 2007**.

2. The psychiatric and/or psychological examination shall be performed pursuant to the applicable provisions of 18 U.S.C. §§ 4241 and 4247. The examination shall be for a reasonable period of time, but not to exceed thirty (30) days. The director of the facility may apply for a reasonable extension, not to exceed fifteen (15) days, upon showing of good cause that the additional

time is necessary to observe and evaluate the defendant.

3. Pursuant to § 4247, a psychiatric and/or psychological report shall be prepared by the examiners and shall be filed with this Court, with copies provided to defendant's counsel and to the Government's attorney.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge
Date: 3/28/07