UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

        v.                            C.R. No. 04-85T

BRIAN WILLIAMS

### ORDER REINSTATING CONDITIONS OF RELEASE

The psychiatric and/or psychological exam of the defendant, as ordered by this Court on March 20, 2007, having been completed and upon receiving no objection by the government, it is hereby

ORDERED

1. The defendant Brian Williams shall be released from the custody of the United States Marshal and the bond and conditions of release as imposed by Magistrate Judge Lincoln D. Almond on November 15, 2006 shall be reinstated.

2. The defendant shall report to Pretrial Services immediately upon his release. If release occurs after the close of business, the defendant shall report to Pretrial Services at 8:30 a.m. the following business day and subsequently as instructed.

By Order

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
Senior U.S. District Judge
Date: 5/11/07