**IN THE UNITED STATES DISTRICT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.** **Cr. No. 04-85T**

**BRIAN WILLIAMS**

**NOTICE OF INTENT**

Now comes the Defendant, through counsel, and hereby notifies the Court of his intent to enter a plea of guilty to the charges set forth in the Indictment.

BRIAN WILLIAMS,
By his Attorney,

Mary June Ciresi
91 Friendship Street 4th Floor
Providence, RI 02903
401.455.9600
401.453.5903 (fax)
401.455.9600
RI Bar No. 3739

CERTIFICATION

I hereby certify that the within Motion to Determine Competency was sent to Attorney Stephen G. Dambruch, AUSA, Fleet Center, 8th Floor, Providence, RI 02903, via email stephen.dambruch@usdoj.gov on this 31st day of August 2007

Mary June Ciresi