**IN THE UNITED STATES DISTRICT**

**FOR THE DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA**

**V.** **Cr. No. 04-85T**

**BRIAN WILLIAMS**

CERTIFICATE OF DEFENDANT'S MEDICATION

As counsel for Brian Williams, I hereby certify that I have conferred with my client and he has advised that he is not taking any form of medication.

Mary June Ciresi
91 Friendship Street 4th Floor
Providence, RI 02903
401.455.9600
401.453.5903 (fax)
mjciresi@ciresilaw.com
RI Bar No. 3739

Dated: 10 September 2007